
# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>        Defendant. | Case No. 1:20-cv-02045-RPK-SJB |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs, the International Association of Machinists and Aerospace Workers, AFL-CIO and IAMAW District Lodge 141, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant United Airlines, Inc.

Dated: May 8, 2020

Respectfully submitted,

/s/ *John J. Grunert*
John J. Grunert
Guerrieri, Bartos & Roma, PC
1900 M Street, NW, Suite 700
Washington, DC  20036
Telephone: (202) 624-7400
Fax: (202) 624-7420
Email: jgrunert@geclaw.com

*Counsel for Plaintiffs*